**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11        Plaintiff and Respondent,              No. C 09-2243 PJH
                                                 (CR 94-0276 PJH)
12

13

14        v.                                     **JUDGMENT**

     CONNIE C. ARMSTRONG
15
          Defendant and Movant.
16   _____/

17        Pursuant to the order denying Armstrong's motion to vacate signed today, this action

18   is DISMISSED.

19        IT IS SO ORDERED AND ADJUDGED.

20

21   Dated: March 5, 2012

22                                             _____
                                               PHYLLIS J. HAMILTON
23                                             United States District Judge

24

25

26

27

28