UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff and Respondent,<br><br>　　v.<br><br>CONNIE C. ARMSTRONG<br><br>　　Defendant and Movant.<br>_____/ | No. C 09-2243 PJH<br>(CR 94-0276 PJH)<br><br>**JUDGMENT** |

　　Pursuant to the order denying Armstrong's motion to vacate signed today, this action is DISMISSED.

　　IT IS SO ORDERED AND ADJUDGED.

Dated: March 5, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge